**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BENJAMIN F THOMPSON,**

    **Plaintiff,**

**v.**                                                                       **CASE NO. 4:05-cv-00433-MP-AK**

**LEON DAVIS,
LEON COUNTY JAIL,
PRISON HEALTH SERVICES,
WINSTON,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff filed a complaint on November 17, 2005, and was granted leave to proceed in forma pauperis. (Docs. 1 and 5). His complaint was reviewed and he was ordered to file an amended complaint non or before October 27, 2006. (Doc. 6). When no amended complaint was filed, an Order to Show cause was entered. (Doc. 7). This Order was returned as undeliverable with no forwarding address available. (Doc. 8). There has been no response or other communication with the Plaintiff and the Court has no means of communicating with him at the last known address provided by him.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint (docs. 6 and 7) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

*Page 2 of 2*

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 26th Day of December, 2006.

s/ A Kornblum
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**