IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN F. THOMPSON,

    Plaintiff,

v.                                                    CASE NO. 4:05-cv-00433-MP-AK

LEON DAVIS,
LEON COUNTY JAIL,
PRISON HEALTH SERVICES,
WINSTON,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed for failure to prosecute and failure to obey an order of court. The Magistrate Judge filed the Report and Recommendation on Tuesday, December 26, 2006. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

Plaintiff was ordered to file an amended complaint, and when Plaintiff failed to file such complaint, an Order to Show Cause was entered. Docs. 6 & 7. Plaintiff has not provided the Court with a current address, and the Order to Show Cause was returned as undeliverable. The Magistrate recommends dismissing this case because Plaintiff has failed to comply with two orders directing him to file an amended complaint, and because he has failed to prosecute this lawsuit. The Court agrees. Therefore, having considered the Report and Recommendation, I

have determined that it should be adopted.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 10, is adopted and incorporated by reference in this order;

2.    Plaintiff's complaint, Doc. 1, is dismissed with prejudice.

**DONE AND ORDERED** this  *30th* day of January, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge